# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| John Simon | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 17-03474 |
| IPS – Integrated Project Services, LLC | : | |
|     Defendant. | : | |
| | : | |

**Jones, II   J.**                                                                                                    **July 25, 2018**

## ORDER

**AND NOW**, this 25th day of July, 2018, upon consideration of Defendant's Motion to Dismiss the PHRA Claim (Count II) in the First Amended Complaint, (ECF No. 8.), and Defendant's Brief in Opposition, (ECF No. 11.), it is hereby **ORDERED** that Defendant's Motion to Dismiss Plaintiff's Amended Complaint as to Count II is **DENIED** in its entirety.

                                                          BY THE COURT:


                                                          */s/ C. Darnell Jones, II*
                                                           C. Darnell Jones, II   J.